IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH D. KLEIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 08-3798 |
| | : | |
| DOUGLAS M. WEIDNER, et al. | : | |

## **ORDER**

AND NOW, this 6th day of January, 2010, Plaintiff Deborah Klein's Motion for Summary Judgment (Document 85) is GRANTED in part and DENIED in part. Klein's Motion for Summary Judgment is GRANTED as to Count 1 of her Amended Complaint. Klein's Motion is DENIED as to the remaining counts.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.