IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH D. KLEIN | : | CIVIL ACTION |
| v. | : | No. 08-3798 |
| DOUGLAS M. WEIDNER, et al. | : | |

## **ORDER**

AND NOW, this 17th day of February, 2010, judgment is entered in favor of Plaintiff Deborah Klein and against Defendants Douglas Weidner, Kathleen Weidner, and DMW Marine, LLC, on Counts Two and Three of the Amended Complaint.

It is further ORDERED judgment is entered in favor of Cross-Defendant Douglas Weidner and against Cross-Plaintiff Jean Weidner on all of Jean Weidner's cross-claims.

It is further ORDERED this Court's separate Order of February 16, 2010, granting Klein's Emergency Motion to Renew Appointment of Receivership (Document 143), shall remain in effect until such time as the judgment is satisfied or the parties amicably resolve this matter.

Ruling on Klein's request for punitive damages is RESERVED. Counsel for Klein and Defendants are DIRECTED to submit briefs on the issue of whether punitive damages should be awarded, and if such damages are awarded, in what amount, no later than March 3, 2010.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.