IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH D. KLEIN | : | CIVIL ACTION |
| v. | : | No. 08-3798 |
| DOUGLAS M. WEIDNER, et al. | : | |

**ORDER**

AND NOW, this 2nd day of July, 2010, it is ORDERED judgment of $548,797.07 in punitive damages is entered in favor of Plaintiff Deborah Klein and against Defendant Douglas Weidner.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.