IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DEBORAH D. KLEIN | : | CIVIL ACTION |
|---|---|---|
| v. | : | No. 08-3798 |
| DOUGLAS M. WEIDNER, et al. | : | |

## **ORDER**

AND NOW, this 30th day of June, 2017, upon consideration of Movant Michael J. Antonoplos's Motion for Sanctions, Respondents' opposition thereto, and Movant's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 221) is DISMISSED.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, J.